UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

T4V2, LLC DBA CITY BASE VISTA
APARTMENTS,

    *Plaintiff*,

v.                                                     Case No. 5:23-cv-0662-JKP-HJB

LEXINGTON INSURANCE
COMPANY, et al.,

    *Defendants*.

## ORDER OF DISMISSAL

Before the Court is a Notice of Voluntary Dismissal (ECF No. 43) filed by Plaintiff pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i). Plaintiff therein dismiss the remaining defendants in this case without prejudice. Although no court order is necessary based upon the filed notice, the case has not yet been closed. Accordingly, the Court issues this order. **The Clerk of Court shall close this case.**

**IT IS SO ORDERED this 8th day of March 2024.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**